BENJAMIN B. WAGNER
United States Attorney
CHRISTOPHER S. HALES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2746

Attorneys for Plaintiff United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:12-mj-242 KJN |
|---|---|
| Plaintiff, | **GOVERNMENT'S MOTION TO DISMISS COMPLAINT AND [PROPOSED] ORDER DISMISSING COMPLAINT** |
| v. | |
| RAMON ALEJANDRO ALCARAZ-MONTANO, CHRISTIAN E. LOPEZ-NAVA, and ANTONIO CARDENAS-OCHOA,   aka Cunuhtemoc Cervantes-Medina,   aka Cuahupmoc Cervantes Medina,   aka "Temo." | |
| Defendants, | |

TO THE COURT, THE DEFENDANTS, AND THE DEFENDANTS' ATTORNEYS OF RECORD:

The United States gives notice that it will and hereby does move pursuant to Federal Rule of Criminal Procedure 48(a) to dismiss the Complaint in this matter without prejudice, in light of the indictment returned against the defendants in the United States District Court for the Western District of Washington, Tacoma Division, case number 3:12-cr-05411-RBL.

///

///

Government's Motion to Dismiss Complaint and [Proposed] Order

1

Dated:  October 11, 2012                           Respectfully submitted,

                                                                 BENJAMIN B. WAGNER
                                                                 United States Attorney

                                                                 By:  /s/    Christopher S. Hales
                                                                 CHRISTOHPER S. HALES
                                                                Assistant U.S. Attorney

### ORDER

Upon motion by the United States  of America, it is hereby ordered pursuant to Federal Rule of Criminal Procedure 48(a) that the Complaint in this case (Dkt. #1) be dismissed as to all defendants without prejudice.

**IT IS SO ORDERED.**

Dated: October 11, 2012

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE